450 A.2d 192

Commonwealth v. Carey, Appellant.

Submitted April 7, 1982. Lewis J. Bott, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

450 A.2d 193

Commonwealth v. Carney, Appellant.

Submitted November 9, 1981. Harry E. Knafelc, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The order and judgment of sentence are affirmed.